RICHARD W. BUCHOLTZ ET AL., APPELLANTS, v. BOARD OF ADJUSTMENTS OF THE CITY OF VENTNOR ET AL., RESPONDENTS.

Argued October 22, 1929—Decided May 19, 1930.

For the appellants, *Bourgeois & Coulomb.*

For the respondents, *Hiram Steelman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CAMPBELL, LLOYD, CASE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.   11.

*For reversal*—None.